Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 24 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CRUZ JAMES SPENCER,<br><br>　　　　　　　Defendant. | 1:20-06044-SMJ<br><br>INFORMATION SUPERSEDING INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of Firearm |

The United States Attorney charges:

On or about February 11, 2020, in the Eastern District of Washington, the Defendant, CRUZ JAMES SPENCER, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Springfield XD .40 caliber firearm, bearing serial number US357034, which had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Information, the Defendant, CRUZ JAMES SPENCER, shall forfeit to the United States, any firearms and ammunition involved in the commission of the offense, including but not limited to the following:

INFORMATION                                    1

- Springfield XD .40 caliber firearm, bearing serial number US357034.

DATED this 24 day of June, 2021.

Joseph H. Harrington
Acting United States Attorney

Michael D. Murphy
Assistant United States Attorney

INFORMATION                                    2