PROB 12C  
(6/16)

Report Date: June 20, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cruz James Spencer                Case Number: 0980 4:20CR06044-MKD-1

Last Known Address of Offender: ███████████████  Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 19, 2021

Original Offense:      Felon in Possession of Firearm, 18 U.S.C. §§ 922 (g) (1), and 924 (a)(2)

Original Sentence:     Prison - 18 months               Type of Supervision: Supervised Release  
                       TSR - 36 months

Asst. U.S. Attorney:   Michael Davis Murphy             Date Supervision Commenced: December 7, 2021

Defense Attorney:      Nicholas Wright Marchi           Date Supervision Expires: Tolling

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/2/2022 (docketed on 3/3/2022).

On December 8, 2021, all the conditions of supervised release were reviewed with Mr. Spencer, which he verbalized a full understanding of all of his conditions of supervised released. He signed a copy of his conditions and he was given a signed copy of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Cruz James Spencer is considered to be in violation of his term of supervised release by committing the offense of count 1: possession of stolen vehicle; count 2: third degree possession of stolen property; count 3: second degree vehicle prowling; count 4: second degree theft; count 5: second degree identity theft; count 6: theft of a motor vehicle; and count 7: unlawful possession of a firearm in the first degree, from on or between July 3, to July 13, 2022.

According to information contained in the Kennewick Police Department case report numbers 2022-0049874 and 2022-0004985, Mr. Spencer and Tanner C. Mathews, a convicted felon, committed numerous crimes, and both were active participants. Video surveillance captured both Mr. Mathews and Mr. Spencer on a crime spree of vehicle prowls and auto thefts.

Prob12C
Re: Spencer, Cruz James
June 20, 2025
Page 2

        On July 25, 2024, Mr. Spencer entered a guilty plea, and was sentenced in Benton County Superior Court for cause number 22-1-00616-03, to a prison-based drug offender sentencing alternative (DOSA) sentence and ordered to serve an imprisonment term of 25 months for counts 1, 5, and 6; 364 days for counts 2 and 3; 12.75 months for count 4; and 50.75 months for count 7. A community custody supervision term with the Washington State Department of Corrections of 25 months for counts 1, 5, and 6; 12.75 months for count 4; and 50.75 months for count 7.

7        **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

        **Supporting Evidence**: Cruz James Spencer is considered to be in violation of his term of supervised release by committing the offense of narcotic drugs, controlled substances possession prisoner local/county corrections, on or about March 16, 2024.

        According to the Benton County Sheriff's Office case report for case number 2024-00006749: On March 16, 2024, a Benton County sheriff's deputy responded to a narcotics complaint in which narcotics were being introduced into the Benton County Jail, located at 7122 West Okanogan Place, Suite B, Kennewick, Washington. Upon contact with Benton County Jail correctional officers, the responding deputy learned jail staff had completed a search of the defendant's living quarters, and two envelopes addressed to the defendant at the Benton County Jail were labeled legal mail, in order to enter the correctional facility without inspection. One of the sender's addresses used was U.S. Attorney's Office, East District of Washington, 927 West Second Avenue, Spokane, Washington, 99201. Inside this envelope was a copy of a document of 5 pages named "Objections to PSR, Request for downward Departure and Sentencing memorandum," with a filing date on the document of September 13, 2021, demonstrating this was old paperwork. On page 3, a white post it note was found and underneath this was a portion that was shiny, appearing as if an unknown substance had been poured onto the paper. This unknown substance was confirmed to be methamphetamine. The second envelope had a return name and address of Meeae Henry, PO Box 6304, Kennewick, Washington, 99336, and contained a paper book which also appeared to have been used to introduce substances into the facility.

        The defendant was then strip searched on suspicions of possessing contraband on his person. The strip searched revealed the defendant to be in possession of about 48 suboxone pills and a Ziplock plastic bag containing a white powdery substance, which was later confirmed to be methamphetamine. Also found during these searches were about 36 unidentified orange pills with no markings with a black plastic wrap.

        On July 25, 2024, Mr. Spencer was sentenced for Benton County Superior Court case number 24-1-00300-03 by a plea of guilty, and he was ordered to serve an imprisonment term of 12 months, with no term of supervision.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 20, 2025

        s/Elizabeth Lee

        Elizabeth Lee
        U.S. Probation Officer

Prob12C
**Re: Spencer, Cruz James**
**June 20, 2025**
Page 3

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

June 24, 2025

Date