PROB 12C
(6/16)

Report Date:  March 6, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 06, 2026

SEAN F. MCAVOY, CLERK

ECF No 75

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cruz James Spencer          Case Number: 0980 4:20CR06044-MKD-1

Address of Offender: ██████████████  Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 19, 2021

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. §§ 922 (g)(1), and 924 (a)(2)

Original Sentence:         Prison - 18 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison- 12 months
(September 18, 2025)       TSR- 24 months

Asst. U.S. Attorney:       Michael Davis Murphy          Date Supervision Commenced: November 28, 2025

Defense Attorney:          Craig Donald Webster          Date Supervision Expires: November 28, 2027

---

## PETITIONING THE COURT

To issue a **warrant**.

On December 2, 2025, a U.S. probation officer reviewed all the conditions of supervised release with Mr. Spencer. He signed a copy and verbalized an understanding of the conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by having used a controlled substance, methamphetamine, on or about February 17, 2026.

On February 19, 2026, Mr. Spencer reported to the probation officer and was instructed to provide a urine sample to confirm abstinence from controlled substances. After the urine sample was collected, Mr. Spencer admitted to using methamphetamine on February 17, 2026. He signed a drug use admission form.

Prob12C
**Re: Spencer, Cruz James**
**March 6, 2026**
**Page 2**

**Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by failing to report for drug testing as required on or about February 18, 2026.

On February 18, 2026, a U.S. probation officer instructed him to report to the contracted vendor on this same date for urine testing. Mr. Spencer failed to comply with these instructions and failed to report for urine testing on February 18, 2026.

**Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by having used a controlled substance, methamphetamine, on or about February 20, 2026.

On February 24, 2026, Mr. Spencer admitted to using methamphetamine from about February 17, to February 20, 2026.

**Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by having used a controlled substance, fentanyl, on or about February 24, 2026.

On February 24, 2026, Mr. Spencer at the probation office provided a urine sample which was presumptive positive for fentanyl. Mr. Spencer denied use of fentanyl and the sample was packaged and sent to the contracted vendor for confirmation. The drug test report was later received on March 4, 2026, confirming a positive result for fentanyl.

**Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by having used a controlled substance, fentanyl, on or about February 27, 2026.

On February 27, 2026, Mr. Spencer at the probation office provided a urine sample which was presumptive positive for fentanyl. Mr. Spencer denied use of fentanyl and the sample was packaged and sent to the contracted vendor for confirmation. The drug test report was later received on March 4, 2026, confirming a positive result for fentanyl.

**Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Spencer, Cruz James**
**March 6, 2026**
**Page 3**

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by failing to report for drug testing as required on or about March 4, 2026.

On March 4, 2026, Mr. Spencer failed to report to the contracted vendor for random drug testing as required. On March 5, 2026, Mr. Spencer admitted to the probation officer he did not report for drug testing the day before because he did not call the color line as required.

7       **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by having used a controlled substance, methamphetamine, from on or about March 1, to March 4, 2026.

On March 5, 2026, Mr. Spencer admitted the probation officer to having used methamphetamine on a daily basis from March 1, to March 4, 2026. He signed a drug use admission form.

8       **Special Condition # 2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Spencer is considered to be in violation of conditions of supervision by failing to comply with treatment by being discharged from treatment on or about March 5, 2026.

Previously on December 4, 2025, Mr. Spencer completed a substance abuse assessment at Merit Resource Services (Merit) as required. He entered the recommended level of treatment.

On March 5, 2026, the substance abuse counselor contacted the probation officer to report Mr. Spencer was being discharged from treatment as of this same date due to non-compliance with attendance and lack of re-engagement.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/06/2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Spencer, Cruz James**
**March 6, 2026**
**Page 4**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

March 6, 2026
_____
Date