PROB 12C
(6/16)

Report Date: November 9, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

ECF No 99

Name of Offender: Cruz James Spencer Case Number: 0980 4:20CR06044-MKD-1

Address of Offender: [redacted] Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 19, 2021

Original Offense: Felon in Possession of Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2)

Original Sentence: Prison - 18 months
TSR - 36

Type of Supervision: Supervised Release

Revocation Sentence: (September 18, 2025) Prison - 12 months
TSR - 24 months

Asst. U.S. Attorney: Michael Murphy

Date Supervision Commenced: November 28, 2025

Defense Attorney: Craig Webster

Date Supervision Expires: Tolling

---

## PETITIONING THE COURT

To incorporate the violations contacted in this petition in future proceedings with the violations previously reported to the Court on March 6, and May 21, 2026.

On December 2, 2025, a U.S. probation officer reviewed all the conditions of supervised release with Mr. Spencer. He signed a copy and verbalized understanding of the conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Cruz James Spencer is considered to be in violation of his supervised release conditions by failing to obey all laws by committing the offense of failing to stop or obey a law enforcement officer on or about May 22, 2026.

According to the Kennewick Police Department (KPD) case report, on May 22, 2026, an officer familiar with Mr. Spencer and his vehicle, completed a records check after the officer observed Mr. Spencer's vehicle parked at a residence in Kennewick, Washington. The records check revealed Mr. Spencer had two active outstanding warrants, one for a Department of Corrections felony warrant, and the other a U.S. Marshals warrant for supervised release violations.

The officer observed Mr. Spencer exit the residence, enter the vehicle, and drive away. The officer activated the patrol car emergency lights and sirens, however, Mr. Spencer accelerated reaching a speed of at least 40 miles per hour (mph) in a posted 25 mph residential zone. He drove past two stop signs, not braking, and causing another vehicle to suddenly brake to avoid a collision. A few minutes later, the officer drove by the same residence and Mr. Spencer again fled the area at a significantly higher speed than the posted residential speed. The officer terminated the pursuit in the interest of public safety. Mr. Spencer was charged with reckless driving and fail to obey police officer.

On July 29, 2026, Mr. Spencer entered a guilty plea and was convicted of failure to stop or obey a law enforcement officer, Benton County District court case number 26CR55342. The reckless driving charge was dismissed.

13 **<u>Mandatory Condition # 1</u>**: You must not commit another federal, state or local crime.

**<u>Supporting Evidence</u>**: Cruz James Spencer is considered to be in violation of his supervised release conditions by failing to obey all laws by committing the offense unlawful possession of a controlled substance on or about June 2, 2026.

On November 5, 2026, Mr. Spencer entered a guilty plea and was convicted for unlawful possession of a controlled substance, Benton County Superior Court case number 26-1-00753-03.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/09/2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

November 9. 2026

Date